UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 00044
   CHRISTINE ECKERT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7343
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 01/02/2007 and was not confirmed.

The case was transferred 03/07/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDAMERICA OFFICE CENTER | SECURED | 800000.00 | .00 | .00 |
| MIDAMERICA OFFICE CENTER | SECURED NOT I | .00 | .00 | .00 |
| MIDAMERICA OFFICE CENTER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC ORCHARD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GREGORY STEINER | UNSEC W/INTER | 5994.00 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDWEST BANK & TRUST | UNSEC W/INTER | NOT FILED | .00 | .00 |
| KOHLS/NCO FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EBAY/NCO FINANCIAL SYSTE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TCF/MILLENIUM CREDIT CON | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PROVIDIAN BANK/FIRST RES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FCNB SPIEGAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| REVENUE PRODUCTION MGT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| REVENUE PRODUCTION MGT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIRSTAR BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ICS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MRSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMCAST | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSEC W/INTER | 956.02 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PREMIER MOVING SERVICES | UNSEC W/INTER | 3548.50 | .00 | .00 |
| WHEATON ACADEMY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GREGORY STEINER | NOTICE ONLY | NOT FILED | .00 | .00 |

```
GREGORY STEINER             UNSEC W/INTER    1000.00              .00           .00
DAVID T GRISAMORE           DEBTOR ATTY          .00                             .00
TOM VAUGHN                  TRUSTEE                                              .00
DEBTOR REFUND               REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                             ---------------    ---------------
TOTALS                            .00               .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/13/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 07 B 00044 CHRISTINE ECKERT