```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00044
   CHRISTINE ECKERT
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-7343


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/02/07 .

    2.  The case was dismissed without confirmation, 03/21/2007.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

       Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00          .00
PRINCIPAL PAID          .00         .00          .00          .00          .00
INTEREST PAID           .00         .00          .00          .00          .00
TOTAL PAID              .00         .00          .00          .00          .00
The Debtor's attorney, DAVID T GRISAMORE          , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




   Dated: 12/30/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 00044 CHRISTINE ECKERT
```